IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE ESTATE OF CHARLENE PENDELTON, decedent, by and through the administratrix of the estate, TEAH PENDELTON, et al.,**     **Plaintiffs**         v.    **TERRY DAVIS, et al.,**         **Defendants** | : **CIVIL ACTION NO. 1:06-CV-1945** : : **(Judge Conner)** : : : : : : : |

### **ORDER**

AND NOW, this 10th day of October, 2006, upon consideration of the motion to conduct discovery (Doc. 3), in which plaintiffs request leave of court to conduct expedited discovery to determine the identities of the defendants identified in plaintiffs' complaint as John Doe #1-6 and Charlene Doe (see Doc. 1), and it appearing that such limited discovery is necessary,[1] see Mettler-Toledo, Inc. v. Acker, 1995 U.S. Dist. LEXIS 21707, at *3 (M.D. Pa. 1995), it is hereby ORDERED that:

---

[1] The statute of limitations on plaintiffs' claims will expire on October 23, 2006. (See Doc. 3 ¶ 8.) See Garvin v. City of Phila., 354 F.3d 215, 220 (3d Cir. 2003) (noting that the inclusion of a "John Doe defendant in a complaint does not stop the statute of limitations from running or toll the limitations period as to that defendant").

1. The motion (Doc. 3) is GRANTED.  See FED. R. CIV. P. 26(d) (authorizing the court to permit parties to seek expedited discovery).

2. Plaintiffs shall serve a copy of this order on all known defendants.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge